# 240266

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, United States Courthouse**
**300 South Fourth Street, Minneapolis, MN 55415, Phone: (612) 664-5000**

RECEIVED
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

**PETITION FOR ADMISSION PRO HAC VICE**

Case Number: 01-CV-802 JMR/SRN
Case Title: *International Game Technology and IGT v. Shuffle Master, Inc.*

**Affidavit of Movant**

I, David J.F. Gross, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Michael J. Newman**, an attorney admitted to practice in the State of Illinois, but not admitted to the bar of this court, who will be counsel for the **plaintiffs** in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature ______ 208772 MN Attorney Lic. No. ______ Date

**Affidavit of Proposed Admittee**

I, Michael J. Newman, am currently a member in good standing of the U.S. District Court for the State of Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matter listed above, and must accept service of all papers served.

Michael J. Newman (Type/Print Name) — Michael J. Newman (Signature) — 5/9/01 (Date)

Attorney License Number: Illinois 6256447

Law Firm Name & Address: Kirkland & Ellis
Aon Center
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

Motion Granted: Francis E. Dosal HJ
For the Court Francis E. Dosal, Clerk

MAY 16 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAY 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______