UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-802(JMR/SRN)

| | | |
|---|---|---|
| International Game Technology and IGT | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Shuffle Master, Inc. | ) | |

Plaintiff seeks a temporary restraining order, enjoining defendant from continuing a test run of six slot machines in Las Vegas, Nevada. Plaintiff alleges the algorithm employed by the machines infringes on its patent. Defendant denies any infringement, asserting the technology utilized relies on its own, superior, patented algorithm. The Court heard oral argument on May 17, 2001.

Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

Plaintiff's motion for a temporary restraining order is denied.

Dated: May 22nd, 2001

JAMES M. ROSENBAUM
United States District Judge

MAY 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK