UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-802(JMR/SRN)

| | | |
|---|---|---|
| International Game Technology and IGT | ) | |
| v. | ) | ORDER |
| Shuffle Master, Inc. | ) | |

This matter is before the Court on defendant's motion to seal certain pleadings and documents filed in connection with its opposition to plaintiff's motion for a temporary restraining order.

Based on the files, records, and proceedings herein, and in light of the Court's general policy favoring open proceedings, IT IS ORDERED that:

Defendant's motion is denied.

Dated: June 7, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK