UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-802 (JMR/SRN)

International Game Technology, )
et al. )
v. ) ORDER
Shuffle Master Inc. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 60 days.

Dated: July 17, 2001

DAVID S. DOTY
United States District Judge